AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JUDITH RAANAN, NATALIE RAANAN, URI RAANAN, ESTATE OF ITAY GLISKO, OREN GLISKO, LIAT RASEL GLISKO, Y.G., ORI GLISKO, and JEFFREY LUDMIR <br> *Plaintiff(s)* <br> v. <br> BINANCE HOLDINGS LIMITED, CHANGPENG ZHAO, THE ISLAMIC REPUBLIC OF IRAN, and THE SYRIAN ARAB REPUBLIC <br> *Defendant(s)* | Civil Action No. 1:24-cv-00697 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Binance Holdings Limited
Sertus Chambers, Governers Square, Suite #5-204
23 Lime Tree Bay Avenue
P.O. Box 2547
Grand Cayman, KY1-1104, Cayman Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amiad Kushner

Seiden Law LLP
322 Eighth Ave. Suite 1200, New York, NY, 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/6/2024



/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*