## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH RAANAN, NATALIE RAANAN, URI RAANAN, ESTATE OF ITAY GLISKO, OREN GLISKO, LIAT RASEL GLISKO, Y.G., ORI GLISKO, and JEFFREY LUDMIR,<br><br>Plaintiffs,<br><br>-v-<br><br>BINANCE HOLDINGS LIMITED, CHANGPENG ZHAO, THE ISLAMIC REPUBLIC OF IRAN, and THE SYRIAN ARAB REPUBLIC,<br><br>Defendants. | 1:24-cv-00697 (JGK) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Samson A. Enzer of Cahill Gordon & Reindel LLP, hereby enters his appearance as counsel for Binance Holdings Limited and Changpeng Zhao (together, the "Binance Defendants") in the above-captioned proceeding. I certify that I am admitted to practice in this Court. By filing this notice of entry of appearance, the Binance Defendants do not waive, and specifically preserve, their rights to assert any and all defenses in the matter, including but not limited to improper venue and lack of personal and subject matter jurisdiction.

Dated:   March 1, 2024               Respectfully submitted,

  /s/ Samson A. Enzer
Samson A. Enzer
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, New York 10005
Telephone: 212-701-3125
SEnzer@cahill.com