UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH RAANAN, NATALIE RAANAN, URI RAANAN, ESTATE OF ITAY GLISKO, OREN GLISKO, LIAT RASEL GLISKO, Y.G., ORI GLISKO, and JEFFREY LUDMIR,<br><br>Plaintiffs,<br><br>-v-<br><br>BINANCE HOLDINGS LIMITED, CHANGPENG ZHAO, THE ISLAMIC REPUBLIC OF IRAN, and THE SYRIAN ARAB REPUBLIC,<br><br>Defendants. | 1:24-cv-00697 (JGK) |

**DEFENDANT BINANCE HOLDINGS LIMITED'S**
**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Binance Holdings Limited identifies that its parent corporation is Binance (Services) Holdings Limited and that no publicly held corporation owns 10% or more of its stock.

Date: March 1, 2024

/s/ Samson A. Enzer
Samson A. Enzer
SEnzer@cahill.com
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3125

*Attorney for Binance Holdings Limited*