```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUDITH RAANAN, ET AL.,

            Plaintiffs,

  - against -

BINANCE HOLDINGS LIMITED, ET AL.,

            Defendants.

24-cv-697 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs may file an amended complaint by **May 17, 2024**. The defendants may move or answer by **June 14, 2024**. The plaintiffs may respond by **July 12, 2024**. And the defendants may reply by **August 2, 2024**.

SO ORDERED.

Dated:  New York, New York
       April 15, 2024

                                        _____
                                          John G. Koeltl
                                      United States District Judge