UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH RAANAN *et al.*,<br><br>                                              Plaintiffs,<br><br>- v. -<br><br>BINANCE HOLDINGS LIMITED and CHANGPENG ZHAO,<br><br>                                              Defendants. | Civil Action Case No.<br>24 Civ. 00697 (JGK)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANTS BINANCE HOLDINGS LIMITED'S AND CHANGPENG ZHAO'S MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendants Binance Holdings Limited and Changpeng Zhao, upon the accompanying Memorandum of Law and the Declaration of Samson A. Enzer, including all exhibits attached thereto, will move, by and through their undersigned counsel, before the Honorable John G. Koeltl, United States District Court Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(2), dismissing with prejudice the Amended Complaint (ECF No. 17) filed by Plaintiffs in the above-captioned proceeding.

Dated: June 14, 2024
           New York, New York

Respectfully submitted,

*/s/ Samson A. Enzer*
**CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Anirudh Bansal
Sesi Garimella
Lauren A. Riddell
32 Old Slip

New York, New York 10005
Telephone: (212) 701-3125
Facsimile: (212) 269-5420
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com
LRiddell@cahill.com

*Attorneys for Binance Holdings Limited and Changpeng Zhao*

2