June 14, 2024

Re: *Raanan v. Binance Holdings Limited, et al.*, No. 24 Civ. 00697 (JGK) (S.D.N.Y.)

Dear Judge Koeltl:

Pursuant to Section I.E of Your Honor's Individual Practices, Defendants Binance Holdings Limited and Changpeng Zhao (together, the "Defendants") and Plaintiffs write jointly to respectfully request that the Initial Conference scheduled for July 2, 2024 at 2:30 p.m. be adjourned, pending the Court's decision on Defendants' forthcoming Motion to Dismiss. Section II.A of Your Honor's Individual Practices directs the parties "to confer with each other pursuant to Rule 26(f) of the Federal Rules of Civil Procedure before the initial conference with the Court" and "to provide a Rule 26(f) report to the Court before the initial conference." The parties have conferred and respectfully submit that a Rule 26(f) report would be premature given the parties have entered, and the Court has so-ordered, a Stipulation under which "[d]iscovery relating to Plaintiffs' claims against the Stipulating Defendants shall be stayed pending resolution of the Stipulating Defendants' motion(s) to dismiss the operative complaint in this action." (ECF No. 12). The Court also entered an order providing that Defendants' dismissal motion will be fully briefed on or before August 2, 2024. (ECF No. 16). This is the parties' first request for an adjournment, and it does not affect any other scheduled dates. The parties have met and conferred regarding the scope of this request.

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

*/s/ Amiad Kushner*
**SEIDEN LAW LLP**
Robert W. Seiden
Amiad Kushner
Jake Nachmani
Jennifer H. Blecher
Dov B. Gold

322 Eighth Avenue, Suite 1200
New York, New York 10001
(646) 766-1914

*Attorneys for Plaintiffs*

**PERLES LAW FIRM, P.C.**
Steven R. Perles
Joshua K. Perles
Edward B. MacAllister

*/s/ Samson A. Enzer*
**CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Anirudh Bansal
Sesi Garimella
Lauren A. Riddell

32 Old Slip
New York, New York 10005
(212) 701-3125

*Attorneys for Binance Holdings Limited and Changpeng Zhao*

**APPLICATION GRANTED
SO ORDERED**

6/17/24

John G. Koeltl, U.S.D.J.

816 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20006
(202) 955-9055

*Attorneys for Plaintiffs*

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007