UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDITH RAANAN, ET AL.,

            Plaintiffs,

     - against -

BINANCE HOLDINGS LIMITED, ET AL.,

            Defendants.

24-cv-697 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 18.

SO ORDERED.

Dated:    New York, New York
          August 5, 2024

                            John G. Koeltl
                   United States District Judge