```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUDITH RAANAN, ET AL.,

          Plaintiffs,

- against -

BINANCE HOLDINGS LTD., ET AL.,

          Defendants.

24-cv-697 (JGK) (BCM)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Motion/Dispute:*

Pre-Motion Conference and Motion for Jurisdictional Discovery. See ECF 30.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: 

All such motions: ___

SO ORDERED.

New York, New York
August 8, 2024

                          /s/ John G. Koeltl
                         John G. Koeltl
                     United States District Judge

* Do not check if already referred for general pretrial.