UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH RAANAN, ET AL.,

        Plaintiffs,

- against -

BINANCE HOLDINGS LIMITED, ET AL.,

        Defendants.

24-cv-697 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument in connection with the defendants' motion to dismiss on **Thursday, January 30, 2025**, at **11:30 a.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
            January 15, 2025

                                        John G. Koeltl
                                  United States District Judge