## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH RAANAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00697-JGK-BCM |

### NOTICE OF APPEARANCE OF MARCO MOLINA

PLEASE TAKE NOTICE that I, Marco Molina of Baker & Hostetler LLP, hereby enter my appearance as counsel for Defendant Changpeng Zhao in the above-captioned proceeding. I certify that I am admitted or otherwise authorized to practice in this Court. All notices given or required to be given in this case and all papers filed in this case should be served upon the undersigned counsel.

DATED: February 19, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

*/s/ Marco Molina*

Marco Molina
Joanna F. Wasick
Teresa Goody Guillén (*pro hac vice forthcoming*)
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212-589-4200
Facsimile: 212-589-4201
Email: mmolina@bakerlaw.com
Email: jwasick@bakerlaw.com
Email: tgoodyguillen@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*