UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH RAANAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00697-JGK-BCM |

### MOTION TO ADMIT TERESA GOODY GUILLÉN *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Teresa Goody Guillén, hereby move this Court for an order for admission to appear *pro hac vice* as counsel for Changpeng Zhao in the above-captioned action.

I am in good standing with the Bars of the Commonwealth of Virginia and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached are a declaration in support of this motion, certificates of good standing from the Supreme Court of Virginia and the District of Columbia Court of Appeals, and a proposed order.

|  |  |
|---|---|
| DATED: March 6, 2025 | Respectfully submitted, |

**BAKER & HOSTETLER LLP**

*/s/ Teresa Goody Guillén*

Marco Molina
Joanna F. Wasick
Teresa Goody Guillén (*pro hac vice pending*)
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212-589-4200
Facsimile: 212-589-4201
Email: mmolina@bakerlaw.com
Email: jwasick@bakerlaw.com
Email: tgoodyguillen@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*