```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUDITH RAANAN, ET AL.,

               Plaintiffs,        No. 24-cv-697 (JGK)

  - against -                      ORDER

BINANCE HOLDINGS LIMITED, ET AL.,

               Defendants.

**JOHN G. KOELTL, District Judge:**

The Court is in receipt of the defendants' motion to certify a portion of the Court's February 25, 2025 Memorandum Opinion and Order for interlocutory appeal (ECF No. 61). The time for the plaintiff to respond is **March 28, 2025.** The plaintiff's response is due on **April 11, 2025.**

The parties are directed to appear for oral argument in connection with the defendants' motion for reconsideration (ECF No. 57) and motion to certify for interlocutory appeal on **Tuesday, April 22, 2025, at 11:00 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
          March 17, 2025

                                         /s/ John G. Koeltl
                                           John G. Koeltl
                                 United States District Judge