```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUDITH RAANAN, ET AL.,

          Plaintiffs,        24-cv-697 (JGK)

  - against -                  ORDER

BINANCE HOLDINGS LIMITED, ET AL.,

          Defendants.

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record, the defendants' motions for reconsideration and for an interlocutory appeal are denied. The Clerk is respectfully requested to close ECF Nos. 57, 59, and 61.

SO ORDERED.

Dated:    New York, New York
           April 23, 2025

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                               United States District Judge