```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH RAANAN, et al.,

           Plaintiffs,

-against-

BINANCE HOLDINGS LIMITED, et al.,

           Defendants.

24-CV-697 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

**<u>Jurisdictional Discovery</u>**

On June 14, 2024, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6). (Dkt. 18.) On February 25, 2025, the district judge (i) denied the motion to dismiss for lack of personal jurisdiction, without prejudice to renewal following jurisdictional discovery; and (ii) granted in part and denied in part the motion to dismiss for failure to state a claim. (Dkt. 53.) On March 12, 2025, the district judge so ordered the parties' proposed plan for jurisdictional discovery, in which the parties were to meet and confer to try to narrow potential disputes; plaintiffs were to serve their jurisdictional discovery requests starting on April 2, 2025; the parties were to meet and confer following defendants' service of their responses and objections; and the

parties were to submit any remaining issues to the Court. (Dkt. 60 at 2.) Thus far, neither the plaintiffs nor the defendants have submitted any jurisdictional discovery issues to the Court.

### Status Conference

Judge Moses will hold a conference on **July 1, 2025, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York, to discuss the status of jurisdictional discovery, the anticipated schedule within which such discovery will be completed, and whether and when a pretrial scheduling order should be entered pursuant to Fed. R. Civ. P. 16(b). In advance of the conference, no later than **June 24, 2025**, the parties must submit a joint status letter addressing these issues.

Dated: New York, New York
      May 30, 2025　　　　　　　　　　**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**