# Exhibit D

| | |
|---|---|
| **From:** | Jennifer Blecher |
| **To:** | Garimella, Sesi V. |
| **Cc:** | Torres, Ivan; Enzer, Samson; Bansal, Anirudh; tgoodyguillen@bakerlaw.com; jwasick@bakerlaw.com; Amiad Kushner; Jake Nachmani; Dov Gold; Josh Perles; Ed Macallister; Marco Molina; Mortenson, Gregory |
| **Subject:** | Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs" First RFPs |
| **Date:** | Tuesday, June 10, 2025 6:22:19 PM |
| **Attachments:** | image001.png |
| | image002.png |

Sesi,

We are prepared to meet and confer on Requests 1-3 and 9-10 as you request below. We do not think, however, that further discussion of these Requests will be productive in the absence of basic information about the sources of responsive documents and information your clients (or any third-party consultants or vendors of your clients) have, how it is maintained, and whether such documents and information were previously produced to the government as part of its investigation. We requested that information regarding these requests during the May 20, 2025 meet and confer. Defendants indicated on the last call that you would be speaking with your clients about these Requests, and we expect that you will have this information available before the next call. Please let us know your availability for that call.

- Jennifer

**Jennifer Blecher, Esq.** | Partner

+1 646.766-1763 (O)

---

**From:** Garimella, Sesi V. <SGarimella@cahill.com>

**Date:** Monday, June 9, 2025 at 7:10 PM

**To:** Jennifer Blecher <jblecher@seidenlaw.com>

**Cc:** Torres, Ivan <ITorres@cahill.com>, Enzer, Samson <SEnzer@cahill.com>, Bansal, Anirudh <ABansal@cahill.com>, tgoodyguillen@bakerlaw.com <tgoodyguillen@bakerlaw.com>, jwasick@bakerlaw.com <jwasick@bakerlaw.com>, Amiad Kushner <akushner@seidenlaw.com>, Jake Nachmani <jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>, Josh Perles <jperles@perleslaw.com>, Ed Macallister <emacallister@perleslaw.com>, Marco Molina <mmolina@bakerlaw.com>, Mortenson, Gregory <GMortenson@cahill.com>

**Subject:** RE: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Jennifer:

This is Defendants' joint response to your e-mail below. Defendants intend to stand on their objections to RFPs 4-8

and 11-19.  However, we do not believe your email below accurately describes the many objections that we raised during two lengthy meet-and-confers.  Among other things, these requests fall well outside the scope of jurisdictional discovery that Judge Koeltl authorized at page 13 of his motion to dismiss opinion.  We have repeatedly asked you to confirm what Plaintiffs believe is the scope of jurisdictional discovery.  In response, you stated during our last meet-and-confer that you did not wish to do that and that if you were to "uncover information that is not about the alleged theory, there's no basis in law to say 'you can't amend [with] that information.'"  This only confirms that Plaintiffs are on a fishing expedition.

As we have made clear, we are not willing to engage on requests for production that are not tied to the theory of jurisdiction for which the Court has authorized jurisdictional discovery.  That said, we are willing to continue meeting and conferring in good faith on RFPs 1-3, and 9-10.  While we believe that those requests are overbroad, we are willing to work with you to narrow them.

_____

**Sesi V. Garimella | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3073 | SGarimella@cahill.com
www.cahill.com

**From:** Jennifer Blecher <jblecher@seidenlaw.com>
**Sent:** Tuesday, June 3, 2025 11:51 AM
**To:** Garimella, Sesi V. <SGarimella@cahill.com>
**Cc:** Torres, Ivan <ITorres@cahill.com>; Enzer, Samson <SEnzer@cahill.com>; Bansal, Anirudh <ABansal@cahill.com>; tgoodyguillen@bakerlaw.com; jwasick@bakerlaw.com; Amiad Kushner <akushner@seidenlaw.com>; Jake Nachmani <jnachmani@seidenlaw.com>; Dov Gold <dgold@seidenlaw.com>; Josh Perles <jperles@perleslaw.com>; Ed Macallister <emacallister@perleslaw.com>; Marco Molina <mmolina@bakerlaw.com>
**Subject:** Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Counsel,

We write regarding Defendants' objections to Plaintiffs' jurisdictional discovery requests.  As we indicated in our May 23, 2025 email below, Defendants' objections do not comply with the Federal Rules.  The objections notably do not contain an agreement to produce a single document, fail to identify any objectionable portion of any request, and constitute impermissible boilerplate.

We have now had two meet and confers after we had served jurisdictional discovery demands on April 2, 2025 and received your responses on May 2, 2025. In these meet and confers, we laid out our reasoning and thinking regarding each of the RFPs served on your clients.  Our understanding of the positions you took on both calls is that: (1) you believe that Request No. 4 is outside the scope of discovery for reasons not provided; (2) Request Nos. 14-18 are outside the scope of discovery on the basis that you do not believe that Plaintiffs' allegations concerning Signature Bank or any entities not classified by Binance as VIPs (regardless of whether they were performing market making activity on the Binance exchange) were covered by the Court's Order; and (3) Request No. 19 is outside the scope of discovery, again for unexplained reasons, and to the extent it seeks documents to which Mr.

Zhao no longer has access by virtue of government consent orders. We disagree with each of these positions. We asked that you confirm these positions in writing, consistent with the Federal Rules, and you again requested a "comfort letter" or similar such written representation regarding the scope of jurisdictional discovery. We stated that we will not do so, and we repeat that position again here.

During last week's meet and confer, you stated that you would consult with your respective clients and get back to us sometime this week.  On May 30, Magistrate Judge Moses ordered that:

> Judge Moses will hold a conference on **July 1, 2025, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York, to discuss the status of jurisdictional discovery, the anticipated schedule within which such discovery will be completed, and whether and when a pretrial scheduling order should be entered pursuant to Fed. R. Civ. P. 16(b). In advance of the conference, no later than **June 24, 2025**, the parties must submit a joint status letter addressing these issues.

We therefore reiterate our request on our last call that you confirm in writing whether our understanding of your specific objections above is correct and whether you plan to stand on the objections listed in your May 2, 2025 responses for the remaining requests. If so, we should begin drafting the joint status letter and submit that letter to the Court next week. Please let us know by this Friday, June 6, whether Defendants will stand on these objections (and if not, please provide any supplemental responses and objections by that date).

Regards,

Jennifer

**Jennifer Blecher, Esq.** | Partner
██████████ █ ██████
+1 646.766-1763 (O)

---

**From:** Jennifer Blecher <jblecher@seidenlaw.com>
**Date:** Tuesday, May 27, 2025 at 2:13 PM
**To:** Garimella, Sesi V. <SGarimella@cahill.com>
**Cc:** Torres, Ivan <ITorres@cahill.com>, Enzer, Samson <SEnzer@cahill.com>, Bansal, Anirudh <ABansal@cahill.com>, tgoodyguillen@bakerlaw.com <tgoodyguillen@bakerlaw.com>, jwasick@bakerlaw.com <jwasick@bakerlaw.com>, Amiad Kushner <akushner@seidenlaw.com>, Jake Nachmani <jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>, Josh Perles <jperles@perleslaw.com>, Ed Macallister <emacallister@perleslaw.com>, Marco Molina <mmolina@bakerlaw.com>
**Subject:** Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Thank you Sesi. I will circulate an invite.

- Jennifer

---

**From:** Garimella, Sesi V. <SGarimella@cahill.com>
**Date:** Tuesday, May 27, 2025 at 10:49 AM
**To:** Jennifer Blecher <jblecher@seidenlaw.com>
**Cc:** Torres, Ivan <ITorres@cahill.com>, Enzer, Samson <SEnzer@cahill.com>, Bansal, Anirudh <ABansal@cahill.com>, tgoodyguillen@bakerlaw.com <tgoodyguillen@bakerlaw.com>, jwasick@bakerlaw.com <jwasick@bakerlaw.com>, Amiad Kushner <akushner@seidenlaw.com>, Jake Nachmani <jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>, Josh Perles <jperles@perleslaw.com>, Ed Macallister <emacallister@perleslaw.com>, Marco Molina <mmolina@bakerlaw.com>
**Subject:** Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Jennifer,

Defendants are available tomorrow at 3 pm ET.

---

Sesi V. Garimella | Partner
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3073 | SGarimella@cahill.com
www.cahill.com

> On May 27, 2025, at 10:22 AM, Jennifer Blecher <jblecher@seidenlaw.com> wrote:
>
> Counsel,
>
> I am following up on the below. Please advise whether you are available during any of the times we identified. If not, please provide additional times this week that you are available to meet and confer.
>
> - Jennifer
>
> **Jennifer Blecher, Esq.** | Partner
> <image001.png>
> +1 646.766-1763 (O)
>
> ---
>
> **From:** Jennifer Blecher <jblecher@seidenlaw.com>
> **Date:** Friday, May 23, 2025 at 12:11 PM
> **To:** Garimella, Sesi V. <SGarimella@cahill.com>
> **Cc:** Torres, Ivan <ITorres@cahill.com>, Enzer, Samson <SEnzer@cahill.com>, Bansal, Anirudh <ABansal@cahill.com>, tgoodyguillen@bakerlaw.com

<tgoodyguillen@bakerlaw.com>, jwasick@bakerlaw.com
<jwasick@bakerlaw.com>, Amiad Kushner <akushner@seidenlaw.com>, Jake
Nachmani <jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>,
Josh Perles <jperles@perleslaw.com>, Ed Macallister
<emacallister@perleslaw.com>, Molina, Marco <mmolina@bakerlaw.com>
**Subject:** Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings
Limited et al - Plaintiffs' First RFPs

Thank you Sesi.

Counsel,

We had understood from your colleagues on our call that you would be available
Thursday, but in light of Sesi's unavailability we can make ourselves available on
Tuesday. We are available from 10 a.m. to 4 p.m. Let us know if that window works for
you. If not, we are also available from 10 a.m. to 6 p.m. on Wednesday.

We hope that our next call will be more productive than our prior one. We are now more
than a month past the Court's decision on your motion for reconsideration and over two
months past the Court's grant of jurisdictional discovery. Thus far, both defendants
have served objections to our Requests for Production inconsistent with the Federal
Rules in which you have not agreed to produce a single document or specifically
identified any objectionable portion of any request. Rather, you relied on vague,
boilerplate objections concerning the scope of our requests and offered to meet and
confer. We had hoped to do so in good faith. Yet during Tuesday's call, neither
defendant could identify what exactly you believed was not within the scope of
jurisdictional discovery for any request other than Request No. 4 (with which we do not
agree).

Notwithstanding that, neither Defendant agreed to produce documents in response to
any of the 14 requests we discussed until we provide you with a "comfort letter" or
similar such written representation regarding the scope of jurisdictional discovery. We
do not agree to do so. As we stated on Tuesday's call, it is our view that the current set
of requests are squarely within the scope of the Court's February 2025 order. The
Federal Rules of Civil Procedure do not require a plaintiff to self-circumscribe the
permissible scope of a discovery order for any reason - and certainly not to provide
Defendants with "comfort" as a precondition for either production or meeting and
conferring. We are of course willing to confer regarding any specific request or portion of
a request that you believe is outside of the scope of jurisdictional discovery, but for 13
of the 14 requests we discussed, Defendants' objections were based not on the
requests themselves but rather on hypothetical, future issues that, at this juncture,
Plaintiffs have no need to resolve.

Accordingly, we expect that you will have conferred with your clients prior to next week's call and will be in a position to meaningfully discuss what responsive materials there are and that you are willing to produce. We similarly hope that we can avoid spending excessive time clarifying factual matters referenced in the requests that are sourced from settlement documents that your clients negotiated and agreed to and are therefore in a superior position to understand.

- Jennifer


**Jennifer Blecher, Esq.** | Partner



+1 646.766-1763 (O)

---

**From:** Garimella, Sesi V. <SGarimella@cahill.com>
**Date:** Friday, May 23, 2025 at 11:35 AM
**To:** Jennifer Blecher <jblecher@seidenlaw.com>
**Cc:** Torres, Ivan <ITorres@cahill.com>, Enzer, Samson <SEnzer@cahill.com>, Bansal, Anirudh <ABansal@cahill.com>, tgoodyguillen@bakerlaw.com <tgoodyguillen@bakerlaw.com>, jwasick@bakerlaw.com <jwasick@bakerlaw.com>, Amiad Kushner <akushner@seidenlaw.com>, Jake Nachmani <jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>, Josh Perles <jperles@perleslaw.com>, Ed Macallister <emacallister@perleslaw.com>, Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Jennifer,

I believe Marco Molina from Baker was left off the chain. I'm copying him in here.

---

**Sesi V. Garimella** | **Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3073 | SGarimella@cahill.com
www.cahill.com

---

**From:** Garimella, Sesi V. <SGarimella@cahill.com>
**Sent:** Wednesday, May 21, 2025 5:28 PM
**To:** Jennifer Blecher <jblecher@seidenlaw.com>

**Cc:** Torres, Ivan <ITorres@cahill.com>; Enzer, Samson <SEnzer@cahill.com>; Bansal, Anirudh <ABansal@cahill.com>; tgoodyguillen@bakerlaw.com; jwasick@bakerlaw.com; Amiad Kushner <akushner@seidenlaw.com>; Jake Nachmani <jnachmani@seidenlaw.com>; Dov Gold <dgold@seidenlaw.com>; Josh Perles <jperles@perleslaw.com>; Ed Macallister <emacallister@perleslaw.com>
**Subject:** Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Hi Jennifer,

Unfortunately, I have a conflict at 4 pm.  Would Tuesday work?

---

**Sesi V. Garimella | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3073 | SGarimella@cahill.com
www.cahill.com

On May 21, 2025, at 11:47 AM, Jennifer Blecher <jblecher@seidenlaw.com> wrote:


Counsel,

We are available at 4 p.m. on Thursday to continue the meet and confer and discuss the remaining requests (Nos. 14-19). Please let us know if that time works for you. If so, we will circulate an invite.

- Jennifer

---

**From:** Jennifer Blecher <jblecher@seidenlaw.com>
**Date:** Sunday, May 18, 2025 at 10:15 AM
**To:** Torres, Ivan <ITorres@cahill.com>, Garimella, Sesi V. <SGarimella@cahill.com>, Enzer, Samson <SEnzer@cahill.com>, Bansal, Anirudh <ABansal@cahill.com>, 'tgoodyguillen@bakerlaw.com' <tgoodyguillen@bakerlaw.com>, 'wasick@bakerlaw.com' <wasick@bakerlaw.com>
**Cc:** Amiad Kushner <akushner@seidenlaw.com>, Jake Nachmani <jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>, 'Josh Perles' <jperles@perleslaw.com>, 'Ed Macallister' <emacallister@perleslaw.com>
**Subject:** Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Ivan,

3:30 p.m. on the 20th works for us.

- Jennifer

_____

**From:** Torres, Ivan <ITorres@cahill.com>
**Date:** Thursday, May 15, 2025 at 1:21 PM
**To:** Jennifer Blecher <jblecher@seidenlaw.com>, Garimella, Sesi V.
<SGarimella@cahill.com>, Enzer, Samson <SEnzer@cahill.com>,
Bansal, Anirudh <ABansal@cahill.com>,
'tgoodyguillen@bakerlaw.com' <tgoodyguillen@bakerlaw.com>,
'wasick@bakerlaw.com' <wasick@bakerlaw.com>
**Cc:** Amiad Kushner <akushner@seidenlaw.com>, Jake Nachmani
<jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>,
'Josh Perles' <jperles@perleslaw.com>, 'Ed Macallister'
<emacallister@perleslaw.com>
**Subject:** RE: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance
Holdings Limited et al - Plaintiffs' First RFPs

Jennifer:

We are available at 3:30, please let us know if that still works for Plaintiffs.

Thanks,
Ivan

_____

**Ivan Torres | Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3104 | ITorres@cahill.com
www.cahill.com

**From:** Jennifer Blecher <jblecher@seidenlaw.com>
**Sent:** Wednesday, May 14, 2025 4:06 PM
**To:** Torres, Ivan <ITorres@cahill.com>; Garimella, Sesi V.
<SGarimella@cahill.com>; Enzer, Samson <SEnzer@cahill.com>; Bansal,
Anirudh <ABansal@cahill.com>; 'tgoodyguillen@bakerlaw.com'
<tgoodyguillen@bakerlaw.com>; 'wasick@bakerlaw.com'
<wasick@bakerlaw.com>
**Cc:** Amiad Kushner <akushner@seidenlaw.com>; Jake Nachmani
<jnachmani@seidenlaw.com>; Dov Gold <dgold@seidenlaw.com>; 'Josh

Perles' <jperles@perleslaw.com>; 'Ed Macallister'
<emacallister@perleslaw.com>
**Subject:** Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance
Holdings Limited et al - Plaintiffs' First RFPs

Counsel,

I am following up on this. Please advise as to your availability on the 20th
so that we may proceed without undue delay.

- Jennifer

**Jennifer Blecher**, **Esq.** | Partner
<image001.png>
+1 646.766-1763 (O)

---

**From:** Jennifer Blecher <jblecher@seidenlaw.com>
**Date:** Monday, May 12, 2025 at 11:20 AM
**To:** Torres, Ivan <ITorres@cahill.com>, Garimella, Sesi V.
<SGarimella@cahill.com>, Enzer, Samson <SEnzer@cahill.com>,
Bansal, Anirudh <ABansal@cahill.com>,
'tgoodyguillen@bakerlaw.com' <tgoodyguillen@bakerlaw.com>,
'wasick@bakerlaw.com' <wasick@bakerlaw.com>
**Cc:** Amiad Kushner <akushner@seidenlaw.com>, Jake Nachmani
<jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>,
'Josh Perles' <jperles@perleslaw.com>, 'Ed Macallister'
<emacallister@perleslaw.com>
**Subject:** Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance
Holdings Limited et al - Plaintiffs' First RFPs

Ivan,

We are available on May 20 from 10 a.m. to 4 p.m. Let us know if any time
in that window works for you and your team.

- Jennifer

**Jennifer Blecher**, **Esq.** | Partner
<image001.png>
+1 646.766-1763 (O)

---

**From:** Torres, Ivan <ITorres@cahill.com>
**Date:** Thursday, May 8, 2025 at 9:15 PM
**To:** Jennifer Blecher <jblecher@seidenlaw.com>, Garimella, Sesi V. <SGarimella@cahill.com>, Enzer, Samson <SEnzer@cahill.com>, Bansal, Anirudh <ABansal@cahill.com>, 'tgoodyguillen@bakerlaw.com' <tgoodyguillen@bakerlaw.com>, 'wasick@bakerlaw.com' <wasick@bakerlaw.com>
**Cc:** Amiad Kushner <akushner@seidenlaw.com>, Jake Nachmani <jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>, 'Josh Perles' <jperles@perleslaw.com>, 'Ed Macallister' <emacallister@perleslaw.com>
**Subject:** RE: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Jennifer:

With apologies for the delay in getting back to you, we have folks with conflicting travel schedules this and next week.  Are there times on May 20th or 21st that work for this meet and confer?

Thanks,
Ivan

_____

**Ivan Torres | Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3104 | ITorres@cahill.com
www.cahill.com

**From:** Jennifer Blecher <jblecher@seidenlaw.com>
**Sent:** Tuesday, May 6, 2025 3:48 PM
**To:** Torres, Ivan <ITorres@cahill.com>; Garimella, Sesi V. <SGarimella@cahill.com>; Enzer, Samson <SEnzer@cahill.com>; Bansal, Anirudh <ABansal@cahill.com>; 'tgoodyguillen@bakerlaw.com' <tgoodyguillen@bakerlaw.com>; 'wasick@bakerlaw.com' <wasick@bakerlaw.com>
**Cc:** Amiad Kushner <akushner@seidenlaw.com>; Jake Nachmani <jnachmani@seidenlaw.com>; Dov Gold <dgold@seidenlaw.com>; 'Josh Perles' <jperles@perleslaw.com>; 'Ed Macallister' <emacallister@perleslaw.com>

**Subject:** Re: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Counsel,

As contemplated by the Court's order and your objections and responses, we would like to schedule a call to meet and confer. We are available this Thursday at 4 p.m. Please let us know if that time works for all of you.

Regards,

Jennifer

**Jennifer Blecher**, **Esq.** | Partner
<image001.png>
+1 646.766-1763 (O)

---

**From:** Torres, Ivan <ITorres@cahill.com>
**Date:** Friday, May 2, 2025 at 5:38 PM
**To:** Jennifer Blecher <jblecher@seidenlaw.com>, Garimella, Sesi V. <SGarimella@cahill.com>, Enzer, Samson <SEnzer@cahill.com>, Bansal, Anirudh <ABansal@cahill.com>, 'tgoodyguillen@bakerlaw.com' <tgoodyguillen@bakerlaw.com>, 'wasick@bakerlaw.com' <wasick@bakerlaw.com>
**Cc:** Amiad Kushner <akushner@seidenlaw.com>, Jake Nachmani <jnachmani@seidenlaw.com>, Dov Gold <dgold@seidenlaw.com>, 'Josh Perles' <jperles@perleslaw.com>, 'Ed Macallister' <emacallister@perleslaw.com>
**Subject:** RE: Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Counsel:

Please find attached BHL's Responses and Objections to Plaintiffs' First Set of Requests for Production Relating to Jurisdictional Discovery. BHL is willing to consent to the service of discovery request and responses via email service, subject to Plaintiffs' agreement to the same.

Best,
Ivan

_____

**Ivan Torres | Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3104 | ITorres@cahill.com
www.cahill.com

**From:** Jennifer Blecher <jblecher@seidenlaw.com>
**Sent:** Wednesday, April 2, 2025 6:12 PM
**To:** Garimella, Sesi V. <SGarimella@cahill.com>; Enzer, Samson <SEnzer@cahill.com>; Bansal, Anirudh <ABansal@cahill.com>; tgoodyguillen@bakerlaw.com; wasick@bakerlaw.com
**Cc:** Amiad Kushner <akushner@seidenlaw.com>; Jake Nachmani <jnachmani@seidenlaw.com>; Dov Gold <dgold@seidenlaw.com>; Josh Perles <jperles@perleslaw.com>; Ed Macallister <emacallister@perleslaw.com>
**Subject:** Case 1:24-cv-00697-JGK-BCM Raanan et al v. Binance Holdings Limited et al - Plaintiffs' First RFPs

Counsel,

Please find attached Plaintiffs' First Set of Requests for Production Relating to Jurisdictional Discovery to All Defendants. Please let us know whether you consent to service of discovery requests and responses via email service.

Regards,

Jennifer

**Jennifer Blecher, Esq.**
Partner


**Seiden Law LLP**
322 Eighth Avenue, Suite 1200
New York, NY 10001 USA
**O.** (646) 766-1763
**E.** jblecher@seidenlaw.com
**W.** www.seidenlaw.com

Confidentiality Statement: This email (including any attachments) may **contain** confidential information and is protected by law. If you are not the correct recipient, please notify the sender immediately and delete this email. Please do not copy this email for any other purpose or disclose the contents of this email.

* * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged.  If the reader of this message is not the intended recipient,

or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system.  Thank you.