```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH RAANAN, et al.,

          Plaintiffs,

-against-

BINANCE HOLDINGS LIMITED, et al.,

          Defendants.

24-CV-697 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's status conference, it is hereby ORDERED that:

1. No later than **July 11, 2025**, defendants must serve updated written responses to plaintiffs' Requests for Production (RFPs) in accordance with Fed. R. Civ. P. 34(b)(2). As to RFPs 1-3 and 9-10 (and any other RFPs as to which defendants intend to produce at least some responsive documents), defendants must state, in accordance with Rule 34(b)(2)(C), "whether any responsive materials are being withheld" on the basis of their objections and must "specify the part" as to which they are standing upon their objections.

2. No later than **July 31, 2025**, defendants must produce all non-privileged documents responsive to plaintiffs' RFPs, except those as to which defendants are standing upon their objections. If any documents that would otherwise be produced pursuant to this paragraph are withheld on the basis of privilege, defendants must also serve a privilege log in compliance with Local Civ. R. 26.2.

3. Any letter-motion by plaintiffs to compel production of additional documents responsive to the pending RFPs must be made no later than **July 31, 2025**, in compliance with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices.

Dated: New York, New York
       July 1, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**