# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| | | |
|---|---|---|
| 900 16th STREET, N.W. Suite 500 | 221 W. 10th STREET | 20 FENCHURCH STREET |
| WASHINGTON, DC 20006 | WILMINGTON, DE 19801 | LONDON EC3M 3BY |
| (202) 862-8900 | (302) 884-0000 | +44 (0) 20 7920 9800 |

August 7, 2025

**VIA ECF**

The Honorable Judge Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**Re:**    ***Raanan, et al.* v. *Binance Holdings Limited, et. al.*, No. 24 Civ. 00697 (JGK) (BCM)**

Dear Judge Moses:

Pursuant to Rule 3(a) of Your Honor's Individual Rules and Practices in Civil Cases, Standing Order 19-MC-583, and Section 6 of the Southern District of New York Electronic Case Filing Rules and Instructions, Defendant Binance Holdings Limited ("BHL") seeks leave to file under seal the production letter referenced in, and attached as Exhibits A to BHL's contemporaneously filed opposition to Plaintiffs' motion to compel.

The Second Circuit has recognized that the right of public access to judicial documents is not absolute and "the court must balance competing considerations against it." *Lugosch* v. *Pyramid Company of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (internal quotation marks and citation omitted). Documents may be sealed where "closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Id.* (internal quotation marks and citation omitted); *see also Nixon* v. *Warner Communications, Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case.").

On July 31, 2025, BHL produced documents responsive to several of Plaintiffs' requests for production, along with a production letter detailing the contents of the production, which included nonpublic proprietary information. For this reason, BHL designated the production letter as "Confidential" under the July 31, 2025 Protective Order (ECF No. 84) and respectfully seeks leave to file under seal. Pursuant to Rule 3(c) of Your Honor's Individual Rules and Practices in Civil Cases, BHL has contemporaneously filed the proposed sealed document under seal in the ECF system.

CAHILL GORDON & REINDEL LLP

-2-

Respectfully submitted,

*/s/ Samson A. Enzer*
**Cahill Gordon & Reindel LLP**
Samson A. Enzer
Anirudh Bansal
Sesi Garimella
Ivan Torres
32 Old Slip
New York, NY 10005
(212) 701-3125

*Attorneys for Binance Holdings Limited*