# EXHIBIT A

Learn more about **LSEG**

# Binance co-founder Yi He joins Richard Teng in dual leadership structure

By Reuters

December 3, 2025 2:16 AM EST · Updated December 3, 2025

  



Representations of Binance coin cryptocurrency is seen in this illustration taken September 10, 2025. REUTERS/Dado Ruvic/Illustration/File Photo Purchase Licensing Rights

## Companies

 **Binance**

Follow

Dec 3 (Reuters) - Binance, one of the world's largest cryptocurrency exchanges, named co-founder Yi He as its co-CEO on Wednesday, joining Richard Teng in a dual leadership structure.

Yi He, a longtime Binance executive, has been with the company for more than eight years and currently serves as its Chief Customer Service Officer, according to her LinkedIn profile.

> Learn about the latest breakthroughs in AI and tech with the Reuters Artificial Intelligencer newsletter. Sign up here.

The duo aims to responsibly expand Binance's global presence, strengthen compliance, with Yi's appointment underscoring a push to scale operations while building future-proof infrastructure.

"Yi has been an integral part of the executive leadership team since the launch of Binance," said co-CEO Teng, who announced the news during his Binance Blockchain Week keynote speech.

Binance appointed Teng as CEO in 2023 after founder Changpeng Zhao, known as CZ, pleaded guilty to violating U.S. money laundering laws, and paid a $50 million fine and served nearly four months in prison last year.

Zhao is a Canadian citizen born and raised until the age of 12 in China, and Yi He, the former host of a Chinese TV travel show. The pair were in a romantic relationship and have children together.

Teng, who was a financial regulator prior to his role at Binance, said in November that there has been no decision on whether Zhao would return to the exchange after he was pardoned by U.S. President Donald Trump in October.

Reporting by Rishabh Jaiswal and Mrinmay Dey in Bengaluru; Editing by Janane Venkatraman

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Technology    Boards

Purchase Licensing Rights

# Read Next

Business
Intel results to spotlight turnaround efforts as AI data centers boost chip demand
4 hours ago


Technology
Exclusive: Meta's new AI team delivered first key models internally this month
5 hours ago


Business
Netflix co-CEOs go on defensive over $83 billion Warner Bros deal
38 mins ago


Business

### SAP shares hit 17-month low as AI-driven selloff burns $130 bln

4 hours ago



## Sponsored Content

Dianomi Advertise Here





roadmap for navigating the ETF landscape

Sponsored by
J.P. Morgan Asset Management

What's Ahead?

Sponsored by
Charles Schwab

Roth Conversion in 2026?

Sponsored by
SmartAsset

## Sponsored Content

Dianomi Advertise Here

**2026 Schwab Market Outlook: What's Ahead?**
Sponsored by Charles Schwab


**Uncover ETF trends and build stronger portfolios with active insights**
Sponsored by J.P. Morgan Asset Management


**What Is a 1099 Composite Tax Form?**
Sponsored by Charles Schwab


**What Are the Benefits of a Roth Conversion in 2026?**
Sponsored by SmartAsset


**Protect and grow your investments while trading smarter. Free Guide**


**Leverage a powerful platform designed for self-directed traders.**
Sponsored by TradeStation


### Technology >



# Bezos' Blue Origin to deploy thousands of satellites for new 'TeraWave' communications network

Science · January 21, 2026 · 1:20 PM EST · 28 mins ago

Jeff Bezos' space company Blue Origin on Wednesday announced a plan to deploy 5,408 satellites in space for a communications network that will serve data centers, governments and businesses, jumping into a satellite constellation market dominated by Elon Musk's SpaceX.

Sustainability
**AI company Eightfold sued for helping companies secretly score job seekers**
29 mins ago

Business
**Netflix co-CEOs go on defensive over $83 billion Warner Bros deal**
38 mins ago

**Brazil central bank liquidates Banco Master's Will as Mastercard suspends cards**
1 hour ago

1/21/26, 1:49 PM
Case 1:24-cv-00697-JGK-BCM    Document 93-1    Filed 01/22/26    Page 6 of 13
Binance co-founder Yi He joins Richard Teng in dual leadership structure | Reuters

Ubisoft unveils sweeping restructuring, updates targets

2 hours ago

## Sponsored Content

Dianomi Advertise Here



**J.P. Morgan Asset Management**

**The Guide to ETFs: Your roadmap for navigating the ETF landscape**



**SmartAsset**

**How Much Money Should You Have Before Hiring a Wealth Advisor?**



**Michael Andrews Bespoke**

**Experience True Bespoke Tailoring at MAB**

When a suit is designed around you, it changes more than your fit. It changes the experience people have of you, before you ever say a word....

**Charles Schwab** 

**2026 Schwab Market Outlook: What's Ahead?**

**FinanceBuzz** 

**9 Things To Do If Your Full-Time Job Isn't Enough To Pay Off Debt**

**VanEck** 

**SMH by VanEck: Are Semiconductors Finally Undervalued?**

**Charles Schwab** 

**Earnings Season: What to Watch**

**TradeStation** 

**Leverage a powerful platform designed for self-directed traders.**

**Michael Andrews Bespoke** 

**Experience True Bespoke Tailoring at MAB**

When a suit is designed around you, it changes

### Latest

Home

Authors

Topic Sitemap

Archive

Article Sitemap

### Media

🎥 Videos

### Browse

World

Business

Markets

Sustainability

Legal

Breakingviews

Technology

Pictures

Graphics

Podcasts

Investigations

Sports

Science

Lifestyle

About Reuters

About Reuters

Advertise with Us

Careers

Reuters News Agency

Brand Attribution Guidelines

Reuters and AI

Reuters Leadership

Reuters Fact Check

Reuters Diversity Report

Commercial Disclosure (Japan)

Stay Informed

Download the App (iOS)

Download the App (Android)

Newsletters

Subscribe

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

LSEG Products

Workspace

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

Data Catalogue

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

World-Check

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us   Advertising Guidelines   Purchase Licensing Rights

All quotes delayed a minimum of 15 minutes. See here for a list of exchanges and delays.

Cookies   Terms & Conditions   Privacy   Copyright   Digital Accessibility   Corrections   Data Disclosure and Sources
Site Feedback   Manage Cookies

© 2026 Reuters. All rights reserved

1/21/26, 1:49 PM Case 1:24-cv-00697-JGK-BCM Binance co-founder OCHe joins Richard Teng in dual leadership structure | Reuters 1 of 13

11 of 13