# EXHIBIT C

EXPLORE OUR BRANDS ⌄

**SUBSCRIBE**

**SIGN IN**



Yi He has assumed the mantle as Binance defender-in-chief, calling critics 'mediocre and hopeless' on X. ILLUSTRATION BY ALEXANDRA CITRIN-SAFADI/WSJ; PHOTOS: NATALIE NACCACHE/BLOOMBERG

# The Crypto Queen Pulling the Strings at Binance

Yi He, a former talk-show host, has sweeping control over the crypto giant's marketing and investment divisions. She is also founder Changpeng Zhao's longtime romantic partner.

By *Angus Berwick* [Follow] , *Patricia Kowsmann* [Follow] , *Caitlin Ostroff* [Follow] *and* *Vicky Ge Huang* [Follow]

Updated Dec. 24, 2023 12:00 am ET

SHARE  A A TEXT                          182

▶ **Listen to this article**  (12 minutes)

U.S. authorities toppled the king of crypto. But the queen is still standing.

Changpeng Zhao's time atop Binance was cut short after he pleaded guilty to violating anti-money-laundering laws. The government's case showed that the world's biggest crypto exchange was a den of international money transfers for terrorists, drug dealers and sanctions violators.

Untouched in the upheaval was Yi He, who co-founded Binance with Zhao and has been his chief lieutenant in running the exchange. She is also Zhao's romantic partner and the mother of three of his children.

Since Zhao resigned last month, Yi He, 37 years old, has assumed Zhao's mantle as Binance defender-in-

chief, calling critics "mediocre and hopeless" on X, the site formerly known as Twitter. In a sign of her stature, she recently led a public chat with the platform's Chinese-speaking users side-by-side with the company's new chief executive, Richard Teng, a former regulator.

To several former Binance executives, she represents the regulation-phobic strategy that resulted in the company's guilty plea and $4.3 billion in fines, the largest ever by a crypto company. Binance is also fighting a separate lawsuit from the Securities and Exchange Commission.

---

Advertisement



**PAID PROGRAM:
NUVEEN**





# Explore Closed-End Funds for Lasting Income

Closed-end funds offer distinct opportunities for income investors seeking regular cash flow.





Binance founder Changpeng Zhao leaving a Seattle court in November. DAVID RYDER/GETTY IMAGES

In Zhao's absence, Yi He is the largest shareholder sitting inside the company, with sweeping control over its marketing and investment divisions. She and Zhao live in Abu Dhabi, although he is in Seattle awaiting sentencing.

Though chastened by the Justice Department's case, Binance remains the most powerful platform in crypto, processing billions of dollars of trades a day. Yi He has wielded her influence over the selection of Binance's new majority-independent board

mandated by U.S. authorities, people familiar with the board-recruiting process said.

Among those who Binance executives have recently approached for a board position was Ella Zhang, a close friend of Yi He who previously led Binance's venture-capital arm. Zhang didn't respond to requests for comment.

Like Zhao, Yi He disregarded the importance of following rules set out by regulators to combat financial crime, some of the former executives said. She is mentioned in Binance's plea agreement, though not by name, for helping find workarounds that let U.S. users illegally trade on the platform.

Advertisement





Richard Teng, Binance's new chief executive, is a former regulator. JOSEPH NAIR/BLOOMBERG NEWS

The Justice Department in earlier settlement discussions wanted Yi He to step aside too, according to people familiar with the talks. It couldn't be learned why that didn't happen.

A spokesperson for the Justice Department declined to comment.

A Binance spokesperson didn't comment on her role in the case but said the company has acknowledged making mistakes in the past and has changed its ways. Yi He has supported that transformation, the spokesperson said.

"I am fully aligned with the new direction of the company, and I am eager to turn the page on this

and growth," Yi He said in a statement.

Asked about her involvement in recruiting new board members, Binance said the process involved the "vetting of possible candidates by relevant stakeholders."

Lawyers for Zhao didn't respond to requests for comment.

This account of how Yi He shaped Binance is based on interviews with current and former employees, court documents, internal Binance messages and earlier public statements from the company.

Advertisement



**PAID PROGRAM:**
**UBS**



# Autonomy Nears Its Moment

How patient capital and strategic support is enabling the next wave of innovation shaping mobility.





Tap for Sound

0:00 ────────────────────────────── -6:53

Binance skirted regulation to become the world's largest cryptocurrency exchange by trading volume. Here's how the same strategy behind the company's rise brought it crashing down. Photo: Benoit Tessier/Reuters

## Crypto Romance

He was a software programmer born in China and educated in Canada. She was a television host for a Chinese travel show, raised by poor teacher parents in a village in Sichuan province.

Romance bloomed over crypto.

Yi He first encountered Zhao at a 2014 crypto conference. Zhao, then working at a company that developed digital wallets, impressed Yi He with a

presentation on crypto's potential, she later recalled in an interview with a U.K. journalist. She recruited Zhao to join her as chief technology officer at a new Chinese crypto exchange, OKCoin, which she helped found.



Yi He and Zhao on their way to Cannes, France, in a photo posted on X.

The pair became a couple while working together in Shanghai. Zhao was still in a relationship with another woman, with whom he had children. They eventually separated.

When Zhao launched Binance in 2017, Yi He joined him as a co-founder and chief marketing officer. She was vital for Binance's early growth, better known than Zhao in China's crypto community. The Chinese press called her the crypto world's "first sister."

---

## SHARE YOUR THOUGHTS

*What is your outlook for Binance? Join the conversation below.*

---

If even the smallest thing on the exchange went wrong, staff should put all their efforts into reassuring users, she once told them. She told staff in a message to obsess about countering any negative publicity.

"Even CZ, he looked at me and said 'You don't have any hobbies.' I said 'My hobby is working for Binance,' " she told a Chinese media outlet.

At difficult moments, she sent messages to rally employees that struck some as being overblown.

---

Advertisement

PURE
TRADING



"War is not only about 'an arrow piercing the clouds and thousands of troops coming to meet each other,' but also about bloody battles and conquering cities and territories," she wrote in a 2019 missive, quoting the film "Kung Fu Hustle."



Yi He on a TV show in China. She was a TV host before she met Zhao.

Yi He recruited volunteers called Binance Angels to spread Zhao's gospel that crypto would liberate people from traditional finance. It was a success but also a liability, as Angels advised users on how to circumvent trading restrictions in the U.S. and China, according to some of the former Binance executives and a complaint from the Commodity Futures Trading Commission.

The Binance spokesperson said the company insists the Angels "comply with applicable laws."

Yi He took the lead on the marketing strategy for a separate U.S. exchange that launched in 2019, which Binance claimed at the time was fully independent. "Yi is calling the shots," one employee messaged another that year. The Justice Department said this exchange, Binance.US, was a ploy to distract U.S.

platform.

As her marketing efforts brought in legions of users, Yi He built her own fortune.



Yi He and Zhao lived together in a mansion on Sentosa Island in Singapore. LIONEL NG/BLOOMBERG NEWS

She held at least a 10% share in Binance's Cayman

Islands holding company, according to people familiar with the exchange's finances. She told a Binance business partner that her stake made her one of the wealthiest women in the world. Near crypto's peak in 2021, former executives valued the exchange at over $300 billion. The Binance spokesperson said, as a private company, it doesn't share these details.

Advertisement



By then, Yi He and Zhao lived together in a mansion on Singapore's resort island of Sentosa. Yi He hosted a small wedding for two colleagues there on the couple's $11 million yacht, named Da Moon. "Crazy rich Asians got married," another Binance attendee wrote on Instagram, "on a very beautiful woman's yacht."

Staff considered Yi He to be the second-most powerful person at the company, behind Zhao.

In front of employees, however, Zhao treated Yi He like an employee, to show that he wasn't giving her preferential treatment. During a company call, he once told her she needed to improve her English,

# Signing Ronaldo

Binance brought in executives from outside the crypto industry to revamp its compliance and marketing in 2021.

The new marketing hires told Yi He that Binance needed to strike partnerships with respected institutions and unfurl traditional advertising campaigns to gain credibility with the public and regulators, people familiar with the campaigns said.

Yi He wanted Binance to follow other crypto exchanges and go big on commercials for the Super Bowl the following year. The executives, however, told her that was risky, given Binance's global exchange business didn't have a license in the U.S. The firm ended up not doing a Super Bowl ad.

Advertisement



SKIP TO MAIN CONTENT

Select

X  See more...

In 2022, Binance signed soccer star Cristiano Ronaldo. The contract, worth about $60 million over three years, paid for the player's time, along with promotions and appearances, according to former executives involved in the project.

The Binance spokesperson said these details of the Ronaldo contract were inaccurate, without elaborating.

Binance's new vice president of global marketing pushed for an aggressive campaign to maximize

in key markets.

After the Ronaldo campaign launched, which played out on Twitter and TV, she complained to her team about the lack of immediate gain in terms of users and the project's cost. The vice president left soon after.

It was an example of what a former Binance executive called Yi He's graveyard projects. This person, along with other former executives, said she often blamed the people leading her projects when they didn't meet her expectations.

The Binance spokesperson said the Ronaldo campaign exceeded the company's objectives,

  SHARE  TEXT

The spokesperson rejected the characterization of Yi He's projects. "We encourage trying new things,

making mistakes and continuous improvement," he said.

A spokesperson for Ronaldo didn't reply to requests for comment.

## 'Build the Block'

Another Yi He project was a plan to create a [Netflix](#)-like movie studio. Yi He advocated for a Marvel Cinematic Universe-style series featuring a handful of early employees of Binance as heroes. The idea was shelved.

**Stay Ahead With Unlimited Access.** ^

# S&P 500

## 6,902.05                    0.00% ↑

The market's a beast. Welcome




**OPPORTUNITY NO MATTER WHAT**

tastytrade

LEARN MORE

tastytrade, Inc. is a registered broker-dealer and member of FINRA, NFA, and SIPC.

Under Yi He's guidance, Binance instead produced a series called "Build the Block," in which crypto entrepreneurs pitched for a Binance investment, similar to "Shark Tank." The show's contestants and judges appeared as computerized avatars, in what Binance said was the first metaverse-based reality show.

Yi He was a guest judge on the debut episode, which received 4,400 views on YouTube. A producer tasked

Through 2022, Yi He pushed for Binance to back a [project to sell digital identities](#) from the Pacific island nation of Palau to outsiders for $248. The project would give residents of countries where Binance was barred, including China and the U.S., access to its trading platform.



Binance said its series called 'Build the Block,' similar to 'Shark Tank,' was the first metaverse-based reality show.

Executives warned Yi He that the Palau plan

presented reputational and legal risks. She pushed anyway, wanting to provide a backdoor for Chinese users, according to some of the former Binance executives. When The Wall Street Journal reported about the project earlier this year, Binance stopped accepting the Palau IDs.

The Binance spokesperson said the company didn't go through with any partnership after conducting due diligence on the project.

In the latter stages of Zhao's tenure, while talks with the Justice Department advanced, Yi He took over more of the exchange's day-to-day management, according to one of the former executives.

Several weeks after Binance laid off more than 1,000 of the company's 8,000 workers this summer, she chastised employees on the company's chat platform for reacting with emotion rather than logic to the dismissals. She sought to motivate staff,

"blood and fire baptism."

When the Justice Department announced Zhao's plea deal, Yi He had a simpler message. "New page," she tweeted. "Keep building."

Write to Angus Berwick at angus.berwick@wsj.com, Patricia Kowsmann at patricia.kowsmann@wsj.com, Caitlin Ostroff at caitlin.ostroff@wsj.com and Vicky Ge Huang at vicky.huang@wsj.com

---

## The Latest on Crypto

Coverage of bitcoin and other cryptocurrencies, selected by the editors

> **GET WSJ'S MARKETS A.M. NEWSLETTER**

## The Year's Hottest Crypto Trade Is Crumbling

## How a Billionaire Felon Boosted Trump's Crypto Company en Route to a Pardon

## It Was Supposed to Be Crypto's Year. Then Came the Crash.

## This Buffett Devotee Is Plowing Billions Into Crypto

Advertisement

*Appeared in the December 26, 2023, print edition as 'Queen of Crypto Reigns at Binance'.*

SHOW CONVERSATION (182)  ⌄