# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| | | |
|---|---|---|
| 900 16th STREET, N.W. Suite 500<br>WASHINGTON, DC 20006<br>(202) 862-8900 | 221 W. 10th STREET<br>WILMINGTON, DE 19801<br>(302) 884-0000 | 20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800 |

January 25, 2026

**VIA ECF**

The Honorable Judge Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**Re:** *Raanan, et al.* v. *Binance Holdings Limited, et.al.*, No. 24 Civ. 00697 (JGK) (BCM)

Dear Judge Moses:

In accordance with the Court's January 23, 2026, Order (Dkt. 94), Defendant Binance Holdings Limited hereby files as Exhibit A the July 31, 2025, production cover letter, previously submitted under seal at Dkt. 89-1.

Respectfully submitted,

/s/ Samson A. Enzer
CAHILL GORDON & REINDEL LLP
Samson A. Enzer
Anirudh Bansal
Sesi Garimella
Ivan Torres
32 Old Slip
New York, New York 10005

*Attorneys for Defendant Binance Holdings Limited*