# Exhibit A

# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| 900 16th STREET, N.W. Suite 500 | 221 W. 10th STREET | 20 FENCHURCH STREET |
| WASHINGTON, DC 20006 | WILMINGTON, DE 19801 | LONDON EC3M 3BY |
| (202) 862-8900 | (302) 884-0000 | +44 (0) 20 7920 9800 |

CONFIDENTIAL

July 31, 2025

Re:   *Raanan* v. *Binance Holdings Limited*, No. 24 Civ. 00697 (JGK) (S.D.N.Y.)

Counsel:

On behalf of Binance Holdings Limited ("BHL"), in response to Plaintiffs' First Set of Requests for Production Relating to Jurisdictional Discovery to All Defendants, dated April 2, 2025 ("Plaintiffs' Requests"), and subject to BHL's Responses and Objections thereto (including but not limited to BHL's Supplemental Responses and Objections, dated July 11, 2025), we are producing to Plaintiffs, via FTP, documents bearing Bates numbers BHL-RAANAN_0000001 through BHL-RAANAN_0000338 (the "July 31, 2025 Production Set").

These documents consist of (i) a list of 18 Enterprise VIP Users (the selection of which is discussed below), identified by User ID, along with information regarding the volume of trading for each of those users during the period September 2022 through October 2023, including a comparison of each user's trading volume to the global trading volume on the Binance platform during that time period (BHL-RAANAN_0000025); (ii) the underlying trading data for each of the 18 Enterprise VIP Users, which lists the pair of assets being traded (e.g., BTC/USDT), whether the user was a seller or a buyer, and the time, price and quantity for each transaction (BHL-RAANAN_0000001-BHL-RAANAN_0000023); (iii) copies of available Know Your Business ("KYB") files for the relevant Enterprise VIP Users referenced above[1] (BHL-RAANAN_0000026-BHL-RAANAN_00000338); and (iv) operation logs, which include all logged IP addresses associated with those 18 Enterprise VIP Users' activity on the Binance platform during the foregoing time period. (BHL-RAANAN_0000024).

BHL has designated each of the documents in the July 31, 2025 Production Set as "Confidential" under the terms of the July 31, 2025 Protective Order entered in this Action (ECF No. 84). The password for each of the compressed files containing the July 31, 2025 Production Set is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

---

[1] Consistent with BHL's responses and objections, BHL has redacted information that identifies particular entities or individuals by name, while leaving unredacted the portions of the files that concern the location of those users.

CAHILL GORDON & REINDEL LLP

-2-

In addition, in accordance with the colloquy before Magistrate Judge Moses during the July 1, 2025 conference, and during subsequent meet and confers, below is a description of the process used to identify the 18 Enterprise VIP users referenced above:

As you are aware, on November 21, 2023, BHL entered into a series of resolutions with U.S. authorities, including a Consent Order with the Financial Crimes Enforcement Network ("FinCEN") (the "FinCEN Consent Order") and a Consent Order with the Commodity Futures Trading Commission ("CFTC") (the "CFTC Consent Order"). In connection with these resolutions, BHL developed a framework for identifying U.S. users, with extensive input from FinCEN and the CFTC.

As part of that process, BHL implemented a "Nationality Business Entities Checklist." The current version of that checklist, as well as a broader description of the methodology and process the Company uses to guide its review of whether users that hold corporate (as opposed to retail) accounts qualify as U.S. persons (as guided by applicable U.S. regulatory regimes) (the "US Nexus Review") is publicly available at https://www.binance.com/en/about-legal/assessment-of-us-connections. Users that qualify as U.S. persons are then designated for offboarding. To the extent a user fails to provide documentation requested by BHL in connection with this review, the user is also designated for offboarding, even when BHL has reason to believe the user is *not* a U.S. person.

In response to Plaintiffs' requests for production, we are providing information, for the period from September 2022 through October 2023, concerning users: (1) with an offboard reason related to the U.S. Nexus Review (*i.e.,* users identified as U.S. persons, or users that failed to supply documentation requested to confirm that they were *not* U.S. persons), (2) holding corporate accounts (as opposed to retail accounts), and (3) with VIP status. There are 18 such users for the relevant time period. This list of users is over-inclusive because it includes: (1) users that BHL did not identify as U.S. persons but nevertheless were designated for offboarding because the users failed to provide documentation establishing that they are *not* a U.S. person, and (2) users with U.S. (as opposed to New York touchpoints). As reflected in the Enterprise VIP User Data Summary produced herewith, the total trading volume for all of these users combined during the foregoing period amounted to less than 1.32% the global trading volume on the Binance platform.

As we explained on the July 24, 2025, if you have questions about the July 31, 2025 Production Set, BHL remains willing to meet and confer to address those questions.

CAHILL GORDON & REINDEL LLP

-3-

Best regards,

/s/ Anirudh Bansal
CAHILL GORDON & REINDEL LLP
Anirudh Bansal
Sesi Garimella
Ivan Torres
32 Old Slip
New York, New York 10005

*Attorneys for Defendant Binance Holdings Limited*

**VIA EMAIL**

Jennifer Blecher, Esq. (jblecher@seidenlaw.com)
Dov Gold, Esq.(dgold@seidenlaw.com)
Amiad Kushner, Esq.(akushner@seidenlaw.com)
Ed Macallister, Esq. (emacallister@perleslaw.com)
Jake Nachmani, Esq. (jnachmani@seidenlaw.com)
Josh Perles, Esq. (jperles@perleslaw.com)

cc: All Counsel of Record