## withers Bergman LLP

430 Park Avenue, 10th Floor, New York, New York 10022-3505
t: +1 212 848 9800
f: +1 212 848 9888
www.withersworldwide.com

April 22, 2026

**VIA ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> **RE:** *Raanan et al. v. Binance Holdings Ltd. et al.*, **No. 1:24-cv-00697 (S.D.N.Y.)**

Dear Judge Moses:

On behalf of Binance Holdings Limited ("BHL") and Changpeng Zhao (collectively, "Defendants"), we write respectfully to seek an extension of the deadline for the production of documents pursuant to the Court's March 27, 2026 Order (ECF 101 ("Order")). Defendants have requested a pre-motion conference with respect to Defendants' proposed renewed motion to dismiss the Amended Complaint (ECF 17) pursuant to Federal Rule of Civil Procedure 12(b)(6) and related motion to stay discovery. Accordingly, Defendants seek an extension of the upcoming production deadline, presently April 27, 2026, at least until after the pre-motion conference before Judge Koeltl is held. There have been no previous requests for extensions.

Defendants respectfully seek the requested extension for two reasons. First, Defendants need additional time to collect the data and records required to be produced under the Order, given the volume of additional documents and data to collect, the technical limitations on the speed at which those materials can be gathered, reviewed, and produced, and the historical nature of the data and records to be collected. Defendants are and have been diligently working in good faith to search for and collect responsive information, but need more time to complete that work. The modest extension of the deadline sought here will not prejudice Plaintiffs and will provide Defendants with sufficient time to comply with the Order.

Second, Defendants intend to move for a stay of jurisdictional discovery during the pendency of the briefing and determination of the renewed motion to dismiss, promptly after the pre-motion conference with Judge Koeltl. Good cause exists for that stay, because Defendants' forthcoming motion to dismiss, if granted, would resolve the entire case, obviating the need for any further discovery. *Ema Fin., LLC v. Vystar Corp.*, 336 F.R.D. 75, 79 (S.D.N.Y. 2020) (setting forth applicable factors for a discovery stay when "resolution of a preliminary matter may decide the entire case"). "[A] stay of discovery is appropriate pending resolution of a potentially dispositive motion where the motion 'appear[s] to have substantial grounds' or, stated another way, 'do[es] not appear to be without foundation in law.'" *Johnson v. New York Univ. Sch. of Educ.*, 205 F.R.D. 433, 434 (S.D.N.Y. 2002) (quoting *In re Currency Conversion Fee Antitrust Litig.*, 2002 WL 88278, at *1 (S.D.N.Y. Jan. 22, 2002)); *see also Chrysler Capital Corp. v. Century Power Corp.*, 137 F.R.D. 209, 210–11 (S.D.N.Y. 1991) (similar). As set forth in Defendants' recent letter to Judge Koeltl concerning the renewed motion to dismiss (ECF 102, attached hereto as Exhibit 1), the renewed motion to dismiss has

direct: +1 212 848 9882
fax: +1 212 824 4282
e-mail: christopher.lavigne@withersworldwide.com
admitted in New York

Withersworldwide
London  Cambridge  Geneva  Milan  Padua  Sydney
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Greenwich  New Haven  San Francisco
Los Angeles  Rancho Santa Fe  San Diego

significant and substantial grounds based on recent binding precedent and, therefore, a stay of discovery pending resolution of that motion is merited.

Accordingly, Defendants respectfully submit that a brief extension of the pending discovery deadlines until at least the parties have conferred with Judge Koeltl regarding Defendants' proposed motions preserves the status quo until Judge Koeltl determines how those motions should proceed and will provide Defendants the necessary additional time to collect documents responsive to Plaintiffs' operative RFPs in light of the Court's Order.

On April 20, 2026, the parties met and conferred concerning Defendants' request to extend the deadline for the production of documents pursuant to the Order. On April 21, 2026, Plaintiffs stated that they do not consent to Defendants' extension request because they believe the requested extension is conclusory and unsupported.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Marco Molina*
Marco Molina
Joanna F. Wasick
Baker Hostetler LLP
*Counsel for Defendant*
*Changpeng Zhao*

*/s/ Christopher N. LaVigne*
Christopher N. LaVigne
Joseph Gallo
Alexander Haden
Withers Bergman LLP
*Counsel for Defendant Binance*
*Holdings Limited*

cc: All attorneys via ECF