# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JUDITH RAANAN *et al.*, <br><br> Plaintiffs, <br><br> - v. - <br><br> BINANCE HOLDINGS LIMITED and CHANGPENG ZHAO, <br><br> Defendants. | Civil Action Case No. <br><br> 24 Civ. 00697 (JGK) <br><br><br> **MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD** |

Pursuant to Local Rule 1.4(b), Defendant Changpeng Zhao, via undersigned counsel, respectfully submits this motion to withdraw the appearance of Teresa Goody Guillén as counsel of record in this matter. Ms. Goody Guillén is no longer affiliated with Baker & Hostetler LLP. Mr. Zhao will continue to be represented in this action by his other counsel of record, and granting this motion will not prejudice any party or affect any deadlines or scheduled proceedings. Mr. Zhao therefore respectfully requests that the Court withdraw Ms. Goody Guillén's appearance and direct the Clerk of Court to remove her from all service lists.

Dated: April 28, 2026
      New York, New York

Respectfully submitted,

*/s/ Marco Molina*

**BAKER & HOSTETLER LLP**

Marco Molina
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4231
mmolina@bakerlaw.com

*Counsel for Defendant Changpeng Zhao*

2

**DEFENDANT CHANGPENG ZHAO**

By: _____
Changpeng Zhao


**SO ORDERED.**


_____
JOHN G. KOELTL
United States District Judge

2

Docusign Envelope ID: E5811532-D0C1-8D84-83DE-69FABEAED544

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system. Pursuant to Local Rule 1.4(b), I further certify that Mr. Zhao has been provided a copy of this motion, as reflected by his signature above.

/s/ Marco Molina
Marco Molina