UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH RAANAN, ET AL.,

                Plaintiffs,

      - against -

BINANCE HOLDINGS LIMITED, ET AL.,

                Defendants.

24-cv-697 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference held today, the defendants may file a renewed motion to dismiss the first amended complaint by **May 8, 2026.** The plaintiffs may respond to the defendants' motion by **May 22, 2026.** The defendants may reply by **May 29, 2026.** The defendants' opening brief shall be limited to fifteen pages; the plaintiffs' response brief shall be limited to fifteen pages; and the defendants' reply brief in support of their motion shall be limited to eight pages. If the defendant Changpeng Zhao decides to file his own motion in addition to joining the defendant Binance Holdings Limited's motion, Mr. Zhao's briefs shall address the pardon issue only. Mr. Zhao's briefs shall also be subject to the same page limitations applicable to the defendants' briefs described above.

SO ORDERED.

Dated:     New York, New York
           April 28, 2026

                         John G. Koeltl
                United States District Judge