**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDITH RAANAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED and CHANGPENG ZHAO, <br><br> Defendants. | No. 1:24-cv-00697-JGK-BCM |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/11/26___

## ~~[PROPOSED]~~ ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of Neal Kumar Katyal of Milbank LLP for admission to practice Pro Hac Vice as counsel for Defendant Binance Holdings Limited in the above-caption action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Maryland and the bar of the District of Columbia, and that his contact information is as follows:

Neal Kumar Katyal
Milbank LLP
1101 New York Ave. NW
Washington, DC 20005
Telephone: 202-835-7505
Fax: 202-263-7586
nkatyal@milbank.com

Applicant having requested admission Pro Hac Vice to appear as counsel for Defendant Binance Holdings Limited in the above-captioned action;

1

**IT IS HEREBY ORDERED** that Neal Kumar Katyal is admitted to appear and practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing Discipline of attorneys.

Dated: May 11, 2026
New York, New York

Hon. ~~John George Koeltl~~ Barbara Moses
United States Magistrate Judge

2