# SEIDEN | LAW

June 2, 2026

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, New York, NY 10007

**Re:** *Raanan et al. v. Binance Holdings Limited et al.*, **1:24-cv-00697-JGK-BCM**

Dear Judge Koeltl:

We write on behalf of Plaintiffs and in connection with Defendants' Renewed Motion to Dismiss (ECF 114-116, 130; and including Plaintiffs' Opposition Brief, ECF 128). Pursuant to Rule III.G of Your Honor's Individual Practices, Plaintiffs respectfully request that the Court schedule oral argument on Defendants' Renewed Motion to Dismiss.

Respectfully submitted,

*/s/ Jake Nachmani*

| | |
|---|---|
| **SEIDEN LAW LLP** | **PERLES LAW FIRM, P.C.** |
| Robert W. Seiden | Steven R. Perles |
| Amiad Kushner | (*pro hac vice motion to be filed*) |
| Jake Nachmani | Joshua K. Perles |
| Jennifer Blecher | (*pro hac vice motion to be filed*) |
| Dov Gold | Edward B. MacAllister |
| 322 Eighth Avenue, Suite 1200 | (*pro hac vice*) |
| New York, NY 10001 | 816 Connecticut Avenue, NW |
| (212) 523-0686 | 12th Floor |
| | Washington, D.C. 20006 |
| | (202) 955-9055 |

*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)